1 | HEATHER E. WILLIAMS, SBN 122664
Federal Defender
2 | ANDRAS FARKAS, SBN 254302
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
7 | STEVEN ADRIAN PALACIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:13-cr-00437 LJO-SKO-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE THE DUE DATE FOR FILING OF FORMAL OBJECTIONS TO PRESENTENCE REPORT ORDER |
| vs. | |
| STEVEN ADRIAN PALACIOS, | ) Sentencing Date: May 12, 2014 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender, Andras Farkas, counsel for defendant STEVEN A. PALACIOS, that the due date to file formal objections to the PSR currently set for May 5, 2014, **may be moved to May 7, 2014.  The date of the sentencing hearing is to remain unchanged, (May 12, 2014, at 8:30 a.m., before The Honorable Lawrence J. O'Neill).**

The reason for this stipulation is that defense counsel will be out of town through May 5, 2014.

/ / /

/ / /

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  April 16 2014            */s/ Kimberly Sanchez*
                                 KIMBERLY A. SANCHEZ
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Dated:  April 16, 2014           */s/ Andras Farkas*
                                 ANDRAS FARKAS
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 STEVEN ADRIAN PALACIOS


# **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:  **April 16, 2014**            **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE