BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00437 LJO |
|---|---|
| Plaintiff, | ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |
| v. | |
| STEVEN PALACIOS, | |
| Defendant. | |

On April 22, 2014, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court to testify in the case of People v. Daniel Vincent Vasquez, F13911476.  The defendant is scheduled to appear in Department 72 to testify in the trial of Daniel Vincent Vasquez which begins on April 22, 2014.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action.  His next appearance before this Court is May 12, 2014.

It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is May 12, 2014, for sentencing:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may produce the defendant in state court during the trial of Daniel Vincent Vasquez, so long as such production is not on May 12, 2014, for purposes of his testimony at trial, but shall return him immediately after the proceeding has

concluded.

The Court further orders that the Fresno County Sheriff's Office produce the defendant to testify at any point in the trial of Daniel Vincent Vasquez for the purpose of providing testimony, so long as such production is not on May 12, 2014, and his return is effected immediately thereafter after to the U.S. Marshal Service. Under no circumstances is the defendant to be released from Fresno County Jail and he shall be returned forthwith to the custody of the United States Marshal.

IT IS SO ORDERED.

Dated: **April 29, 2014**        **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2